LAWRENCE J. McCARTHY et al., Respondents, v. BUD MORRIS, Appellant.

No. 12115.
Decided September 13, 1971.
488 P.2d 577.

Alex C. Morrison, Plains, for respondents.

William Dee Morris, Helena, for appellant.

ORDER

PER CURIAM:

Appellant seeks by motion to stay execution pending appeal; to remove or repair a certain D-7 Cat; and to consolidate this appeal with another cause also being appealed.

Counsel were heard in oral argument and the matter taken under advisement.

The Court now being advised, it is ordered that the motion, in all particulars, be denied.